IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00383-RPM

MICHAEL MCCRAY, individually, and
MICHAEL MCCRAY AND SHARA MCCRAY, next friend and parents for
AUSTIN MCCRAY,

     Plaintiffs,
v.

USAA CASUALTY INSURANCE COMPANY,

     Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **March 26, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 21, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

     DATED: February 20th, 2013

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge