IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00383-RPM

MICHAEL MCCRAY, Individually;
and MICHAEL MCCRAY and SHARA
MCCRAY, as next friend and parents for
AUSTIN MCCRAY, minor protected person,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATION RE: DEFENDANT'S SECOND FED.R.CIV.P. 35 EXAMINATION OF PLAINTIFF MICHAEL MCCRAY**

---

This matter, having come before the Court on the parties' *Stipulation Re: Defendant's Second Fed.R.Civ.P. 35 Examination of Plaintiff Michael McCray,* and the Court being advised in the premises, HEREBY GRANTS the *Stipulation* and Orders as follows:

1. The examination may be recorded by way of audio recording device and a court reporter. The parties have agreed that the court reporter will set up the necessary equipment to audio record the entirety of the examination; however, the court reporter shall not be present in the room during the examination.

2. There will be no invasive procedures or physically demanding testing performed during the examination such as those involving needles, x-rays, or heavy weight lifting.

3. Any medical or historical interrogatories, questionnaires and/or informational/ intake forms the examiner requests Plaintiff Michael McCray to complete as part of the examination will be provided to Plaintiffs' counsel for review at least 48 hours before the scheduled examination date.

4. Defendant's Fed.R.Civ.P. 35 examiner shall be provided with a copy of this *Stipulation* and shall comply with the terms thereof in conducting the examination of Plaintiff Michael McCray.

5. Nothing in this stipulation shall be construed as otherwise limiting Plaintiff Michael McCray's rights and safeguards provided by Fed.R.Civ.P. 35.

DATED this 31st day of October, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge