# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00383-RPM-CBS

MICHAEL MCCRAY, Individually;
and MICHAEL MCCRAY and SHARA
MCCRAY, as next friend and parents for
AUSTIN MCCRAY, minor protected person,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

_____

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM FOR RELIEF –
## BAD FAITH BREACH OF INSURANCE CONTRACT
_____

This matter, having come before the Court on *Plaintiff's Unopposed Motion to Dismiss Plaintiffs' Second Claim for Relief - Bad Faith Breach of Insurance Contract*, and the Court being advised in the premises,

HEREBY GRANTS *Plaintiff's Unopposed Motion*.

DATED this 30th day of December, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge