# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00383-RPM

MICHAEL MCCRAY, Individually;
and MICHAEL MCCRAY and SHARA
MCCRAY, as next friend and parents for
AUSTIN MCCRAY, minor protected person,

      Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

      Defendant.
_____

## ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF THE SCHEDULING ORDER RE: DISCOVERY DEADLINE
_____

This matter, having come before the Court on the parties' *Stipulated Motion for Modification of the Scheduling Order Re: Discovery Deadline*, and the Court being advised in the premises, HEREBY GRANTS the *Stipulated Motion*. The Scheduling Order is modified as follows:

1. The parties' discovery deadline shall be extended through and including April 30, 2014.

2. The extension of the parties' discovery deadline shall not include an extension of the previously expired deadline to issue written discovery.

DATED this 2nd day of January, 2014.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          UNITED STATES DISTRICT COURT JUDGE
                                           Richard P. Matsch