**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00383-RPM-CBS

MICHAEL MCCRAY, Individually; and
MICHAEL MCCRAY and SHARA
MCCRAY, as next friend and parents for the
really the concern about you in my the water
or water in a AUSTIN MCCRAY, minor
protected person,

      Plaintiffs,

v.

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF
PLAINTIFF MICHAEL MCCRAY'S INDIVIDUAL CLAIMS**

---

This matter, having come before the Court on Plaintiff Michael McCray, Individually, and Defendant USAA Casualty Insurance Company's (the "Parties") *Stipulated Motion for Dismissal With Prejudice of Plaintiff Michael McCray's Individual Claims*, and the Court being advised in the premises, HEREBY GRANTS the Stipulation and Orders as follows: Plaintiff Michael McCray's individual claims are dismissed with prejudice and each Party to pay their own costs and attorneys' fees.

DATED this 24th day of June, 2014.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge