IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00383-RPM-CBS

MICHAEL MCCRAY, Individually; and
MICHAEL MCCRAY and SHARA
MCCRAY, as next friend and parents for
AUSTIN MCCRAY, minor protected person,

    Plaintiffs,
v.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING PROBATE COURT APPROVAL OF MINOR SETTLEMENT**

---

This matter, having come before the Court on Plaintiffs, Michael McCray and Shara McCray, as next friend and parents for Austin McCray, a minor protected person, and Defendant USAA Casualty Insurance Company ("USAA CIC") *Stipulation to Stay Proceedings Pending Probate Court Approval of Minor Settlement*, and the Court being advised in the premises, HEREBY GRANTS the Stipulation and Orders as follows:

All litigation proceedings and deadlines are stayed pending Probate Court approval of the minor settlement. The Parties shall promptly file their stipulation for dismissal with this Court upon approval by the Probate Court of the minor's settlement.

DATED this 24th day of June, 2014.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge