IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00383-RPM

MICHAEL MCCRAY, Individually; and
MICHAEL MCCRAY and
SHARA MCCRAY, as next friend and parents for
 AUSTIN MCCRAY, minor protected person,

Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter, having come before the Court on a Stipulation for Dismissal with Prejudice filed jointly by Plaintiffs Michael McCray and Shara McCray, as next friend and parents for Austin McCray, a minor protected person ("Plaintiffs"), and USAA Casualty Insurance Company ("USAA CIC") (collectively, the "Parties"), and the Court being fully advised in the premises, HEREBY GRANTS the Stipulation and Orders as follows: The claims of Plaintiffs Michael McCray and Shara McCray, as next friend and parents for Austin McCray, a minor protected person, are dismissed with prejudice and each Party shall pay its own costs and attorneys' fees.

DATED: May 6th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge